UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Loria Ann Williams, 1:21-cv-00463 Barry Long, 1:20-cv-06111 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION**

On January 15, 2025, the court issued the Third Amended Order on Notice of Noncompliance: Second Amended Case Categorization Forms (CMO-33). (Filing No. 26395). The cases filed by Plaintiffs listed above were dismissed pursuant to the Order. Plaintiffs now move the court to reconsider that Order because a filter was blocking email correspondence regarding their cases to Plaintiffs' counsel. The Cook Defendants filed no objection. Accordingly, Plaintiff Williams' Motion for Reconsideration (Filing No. 26650) and Plaintiff Long's Motion for Reconsideration (Filing No. 26651) are **GRANTED**.

**SO ORDERED** this 3rd day of June 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1